UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JOHNATHAN DeLAURA,

                Defendant.

Case No. 12-CR-812 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

      Pursuant to the First Amended Standing Order regarding suspension of in-person operations in the Southern District of New York, (*see* Dkt. No. 3 (20-MC-622 Dkt.)), the evidentiary hearing in the above-captioned matter, currently scheduled for January 26, 2021, will be postponed in light of the recent spike in Coronavirus cases. The hearing will now be held on April 14, 2021, at 10:00 a.m.

SO ORDERED.

DATED:     January 12, 2021
                White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE