UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

United States of America,                Case No. 12-cr-00812-KMK

    -v-

                                                                                   CALENDAR NOTICE

Jonathan Delaura,

            Defendant.
-----------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a hearing before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, May 26, 2021 at 10:30 a.m. in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: May 24, 2021
        White Plains, New York

                                                      So Ordered

                                                      Kenneth M. Karas, U.S.D.J