UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

-against-

Jonathan Delaura,

Defendant.

-------------------------------------------------------x

ORDER

Docket No. 12 CR 00812 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Margaret Shalley, Esq., is to assume representation of the defendant as Independent Counsel in the above captioned matter as of June 1, 2021. Ms. Shalley is appointed pursuant to the Criminal Justice Act. Her address is Margaret M. Shalley & Associates, LLC, 225 Broadway, Suite 715, New York, NY 10007, phone number (212) 571-2670; Email: margaretshalley@aol.com

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
June 4, 2021