UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

      -against-                                  ORDER

                                                       Docket No. 12 CR 00812 (KMK)

Jonathan Delaura,

              Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

      Howard E. Tanner, Esq., is to assume representation of the defendant in the above captioned matter as of October 14, 2022. Mr. Tanner is appointed pursuant to the Criminal Justice Act. His address is Tanner & Ortega, LLP, 175 Main Street, Suite 800, White Plains, NY 10601; phone number 914-358-5998; Email: htanner@tannerortega.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       October 18, 2022