UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

                         ORDER

                         Docket No. 12 CR 00812 (KMK)

Jonathan Delaura,

        Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

Ezra Spilke, is to assume representation of the defendant in the above captioned matter as

of January 18, 2023. Mr. Spilke is appointed pursuant to the Criminal Justice Act. His address

is Law Offices of Ezra Spilke, PLLC, 1825 Foster Avenue, Suite 1K, Brooklyn, NY 11230;

phone number 718-783-3682, Email: ezraspilkelaw.com. Howard Tanner is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       January 19,  2023