# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

May 9, 2024

**By ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *United States v. Jonathan DeLaura*, 12 Cr. 812 (KMK)

Dear Judge Karas:

Jonathan DeLaura requests an adjournment of the May 14, 2024, status conference in this case to June 17, 2024. Ms. DeLaura has a much anticipated visit with a cardiologist to address a suspected blockage that was found during an EKG administered at the MDC. The EKG was done at the end of March, Ms. DeLaura has been waiting for the visit since then and believes it may occur next week, and she does not want to risk missing the visit should it be scheduled for the date of the conference. Ms. Bordes has informed the parties that June 17, 2024 at 12:30 PM is a date and time that is convenient to the Court.

I have conferred with AUSA Marcia Cohen who notifies me that the government has no objection to this application and requests an exclusion of time on the basis that it will serve the ends of justice and outweigh the interests of the public and the defendant in a speedy trial. I have no objection to the exclusion of time from today through June 17, 2024.

Respectfully submitted,

Ezra Spilke

cc:   AUSA Marcia Cohen, by ECF

SO ORDERED:

HON. KENNETH M. KARAS  U.S.D.J.
5/9/2024